IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSS A. WIEGAND<br>1742 S Street, N.W.<br>Washington, D.C. 20009<br><br>    Plaintiff,<br><br>v.<br><br>LI JUEN MELTON<br>2401 Oakmont Court<br>Oakton, VA 22124<br><br>and<br><br>MELTON MANAGEMENT<br>ASSOCIATES, INC.<br>2401 Oakmont Court<br>Oakton, VA 22124<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:07-cv-881 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Ross A. Wiegand, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no adverse party having properly filed or served an answer or a motion for summary judgment, hereby voluntarily dismisses, without prejudice, his Complaint filed in this Court on May 10, 2007.

Dated: September 17, 2007        Respectfully submitted,

      /s/Robert J. Symon
ROBERT J. SYMON (DC BAR 436245)
BRADLEY ARANT ROSE & WHITE LLP
1133 Connecticut Ave, NW, 12th Floor
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 719-8394
*ATTORNEY FOR ROSS A. WIEGAND*

5/7751.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2007, a true and correct copy of the foregoing was served by electronic delivery and first-class mail to:

Kurt Berlin
Attorney for Plaintiff
1424 K Street, NW, Suite 300
Washington, DC 20005
dhowardz@earthlink.net


                                        /s/Robert J. Symon
                                        Robert J. Symon